940

No. 496. WIEN ALASKA AIRLINES, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Phillip D. Bostwick* and *Lawrence R. Schneider* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *Morton Hollander* for the United States.

No. 502. BROTHERHOOD OF RAILROAD TRAINMEN *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *John H. Haley, Jr., Milton Kramer* and *Clifton Hildebrand* for petitioner. *Francis M. Shea, Richard T. Conway, Ralph J. Moore, Jr., James R. Wolfe* and *Charles I. Hopkins, Jr.,* for respondent.

No. 532. WELCH *v.* AMERICAN PRESIDENT LINES, LTD. C. A. 9th Cir. Motion of American Trial Lawyers Association, Admiralty Section, for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *Martin J. Jarvis* for petitioner. *Graydon S. Staring* for respondent. *Paul S. Edelman* for American Trial Lawyers Association, Admiralty Section, as *amicus curiae,* in support of the petition.

No. 402, Misc. HACKATHORN *v.* DECKER, SHERIFF. C. A. 5th Cir. Certiorari denied. *Fred S. Abney* for petitioner. *Henry Wade* for respondent.

No. 473, Misc. BARONE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.